**FORM 3**

## UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| **WILMAR TRADING PTE LTD, PT WILMAR BIOENERGI INDONESIA, and WILMAR OLEO NORTH AMERICA LLC,** <br><br> **Plaintiffs,** <br><br> v. <br><br> **UNITED STATES,** <br><br> **Defendant.** | **SUMMONS** <br> Court No. 18-00121 |

**TO:** The Attorney General, the Department of Commerce:

**PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(c) to contest the determination described below.



**/s/ Mario Toscano**
Clerk of the Court

1. Plaintiffs include Wilmar Trading Pte Ltd, an exporter of biodiesel from the Republic of Indonesia; PT Wilmar Bioenergi Indonesia, a producer of biodiesel from Indonesia; and Wilmar Oleo North America LLC, a U.S. importer of biodiesel from Indonesia. Plaintiffs are interested parties within the meaning of 19 U.S.C. § 1677(9)(A) and were parties that participated in the U.S. Department of Commerce's antidumping duty investigation of biodiesel from Indonesia. Plaintiffs therefore have standing to commence this action under 28 U.S.C. § 2631(c) and 19 U.S.C. § 1516a(a)(2)(A)(i)(II), (B)(i).
(Name and standing of plaintiff)

2. Plaintiffs contest aspects of the U.S. Department of Commerce's final determination in the antidumping duty investigation of biodiesel from Indonesia.
(Brief description of contested determination)

3. The U.S. Department of Commerce issued the subject final determination on February 20, 2018.
(Date of determination)

4. The U.S. Department of Commerce published notice of the final determination in the *Federal Register* on March 1, 2018. *See* 83 Fed. Reg. 8,835 (Dep't of Commerce Mar. 1, 2018). The U.S. Department of Commerce subsequently published notice of the related antidumping duty order on April 26, 2018. *See* 83 Fed. Reg. 18,278 (Dep't of Commerce Apr. 26, 2018).
(If applicable, date of publication in Federal Register of notice of contested determination)

/s/ Devin S. Sikes
Signature of Plaintiffs' Attorney

Devin S. Sikes
Akin Gump Strauss Hauer & Feld LLP
1333 New Hampshire Ave., NW
Washington D.C., 20036
202-887-4336
dsikes@akingump.com

May 24, 2018
Date

**SERVICE OF SUMMONS BY THE CLERK**

If this action, described in 28 U.S.C. § 1581(c), is commenced to contest a determination listed in section 516A(a)(2) or (3) of the Tariff Act of 1930, the action is commenced by filing a summons only, and the clerk of the court is required to make service of the summons. For that purpose, list below the complete name and mailing address of each defendant to be served.

Attorney-in-Charge
International Trade Field Office
Commercial Litigation Branch
U.S. Department of Justice
26 Federal Plaza
New York, NY 10278

Attorney-in-Charge
Civil Division – Commercial Litigation Branch
U.S. Department of Justice
P.O. Box 480
Ben Franklin Station
Washington, DC 20044

Attorney-in-Charge
Office of the Chief Counsel for Trade Enforcement & Compliance
Office of the General Counsel
U.S. Department of Commerce
14th Street & Constitution Ave., NW
Washington, DC 20230