ERRATA

In *Wilmar Trading Pte Ltd. v. United States*, Consol. Court No. 18-00121, Public Slip Op. 22-64, dated June 9, 2022

Page 18, note 14: On line 1, replace "outside of the Program" with "under the Program" and on line 2, replace "under the Program" with "outside of the Program."

July 1, 2022