

UNITED STATES COURT OF INTERNATIONAL TRADE
ONE FEDERAL PLAZA
NEW YORK, NY 10278-0001

CHAMBERS OF
RICHARD K. EATON
JUDGE

November 21, 2023

Devin S. Sikes
Akin, Gump, Strauss, Hauer & Feld, LLP
2001 K Street, NW.
Washington, D.C. 20006

Matthew R. Nicely
Akin, Gump, Strauss, Hauer & Feld, LLP
2001 K Street, NW.
Washington, D.C. 20006

Edmund W. Sim
Appleton Luff Pte Ltd.
1025 Connecticut Avenue, NW.
Suite 1000
Washington, D.C. 20036

Joshua E. Kurland
U.S. Department of Commerce
Commercial Litigation Branch – Civil Division
P.O. Box 480
Ben Franklin Station
Washington, D.C. 20044

Myles S. Getlan
Cassidy Levy Kent (USA) LLP
900 19th Street, NW.
Suite 400
Washington, D.C. 20006

Re: *Wilmar Trading Pte Ltd. v. United States*
Consol. Court No. 18-00121

Dear Counsel:

It is my intention to issue a public version of the opinion in the above-captioned case in the near future. Previously identified confidential information is enclosed in double brackets. I do not believe that this information needs to remain confidential.

Please review the text of the opinion and inform the court by November 30, 2023, in writing, whether or not any of the bracketed information should remain confidential. If you believe it should remain confidential, please state the basis for your belief. In addition, please notify the court whether any other (i.e., non-bracketed) information in the opinion is confidential and should be redacted in the public version.

Very truly yours,

/s/ Richard K. Eaton
Judge

cc: Casey Cheevers, Case Manager