Akin Gump Strauss Hauer & Feld LLP
Robert S. Strauss Tower
2001 K Street, N.W.
Washington, DC 20006

T  +1 202.887.4000
F  +1 202.887.4288
akingump.com



**Bernd G. Janzen**
+1 202.887.4309/fax: +1 202.887.4288
bjanzen@akingump.com

March 29, 2024

**VIA CM/ECF**

The Honorable Richard K. Eaton
U.S. Court of International Trade
1 Federal Plaza
New York, NY 10278

    Re:    *Wilmar Trading Pte Ltd. et al. v. United States*, Consol. Court No. 18-00121 – Notification Regarding Comments in Opposition to Second Final Results of Redetermination Pursuant to Court Remand

Dear Judge Eaton:

    Plaintiffs Wilmar Trading Pte Ltd., PT Wilmar Bioenergi Indonesia, and Wilmar Oleo North America LLC ("Plaintiffs") hereby notify the Court that Plaintiffs will not submit comments in opposition to the U.S. Department of Commerce's Second Final Results of Redetermination Pursuant to Court Remand.  *See* ECF 125.  Should the Court have any questions, please do not hesitate to contact undersigned counsel.

    Sincerely,

    /s/ Bernd G. Janzen
    Bernd G. Janzen
    Devin S. Sikes
    Brandon J. Custard

    *Counsel to Plaintiffs Wilmar Trading Pte Ltd., PT Wilmar Bioenergi Indonesia, and Wilmar Oleo North America LLC*